UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/2/19

DAVID J. DESOUSA and JOCIANE
DESOUSA,

        Plaintiffs,

v.

FRANKLIN GONZALEZ, INTEGRAL
CONTRACTING INC., and CENTRAL
INTERIORS INC.,

        Defendants.

No. 19-CV-5255 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 4, 2019, Plaintiffs filed this action against various defendants, including Mr.

Franklin Gonzalez. On June 17, 2019, Plaintiffs filed an amended complaint. *See* Dkt. 7. As of

October 1, 2019, Mr. Gonzalez was the only defendant who had not yet answered Plaintiffs'

amended complaint or otherwise appeared in this action. Accordingly, on October 1, 2019, the

Court ordered Mr. Gonzalez to answer Plaintiffs' amended complaint no later than October 29,

2019. *See* Dkt. 38. Mr. Gonzalez has not done so. No later than December 9, 2019, Plaintiffs

shall inform the Court whether they intend to move for default judgment against Mr. Gonzalez.

SO ORDERED.

Dated:     December 2, 2019
          New York, New York

Ronnie Abrams
United States District Judge