# PERRY, VAN ETTEN, ROZANSKI & KUTNER, LLP

**PLEASE REPLY TO:**

**NEW YORK OFFICE**
60 Broad Street, Suite 3600A
New York, New York 10004
(212) 406-9710
Fax (646) 370-3303

Jeffrey K. Van Etten
Member of the Firm
jkvanetten@pvrklaw.com
Extension 132

**LONG ISLAND OFFICE**
225 Broadhollow Road, Suite 430
Melville, New York 11747
(631) 414-7930
Fax (631) 777-4504

Members of the Firm
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

Partners
Leonard Porcelli**
Jerome S. Oliner*
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
George L. Mahoney

Also admitted in
New Jersey *
Connecticut **
California***

Associates
John J. Ullrich
Michael H. Glassman*
Ariana K. Politis
Kristen Petersen Hofer
Amanda Millea***
Phylicia D.C. Pearson
Manuel D. Perez
Samantha Carroll

Of Counsel
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*

December 2, 2019

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19

*Via ECF*
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Re: David J. DeSousa and Jociane DeSousa v. Integral Contracting Inc.,
Franklin Gonzalez and Central Interiors Inc.
Our File No.: 174029
Date of Loss: March 21, 2019
**Docket No.: 19-cv-5255 (RA)**

Dear Judge Abrams:

This office represents defendant Central Interiors Inc. in the above-referenced matter.

I am writing to the Court to request a 45 day extension to the discovery schedule. This request is based upon my ongoing trial which commenced on November 13, 2019 and will not end until December 21, 2019 (Daeira v. D'Amato Builders & Advisors, LLC, Index No.: 701387/14, Justice Batler, Supreme Court, County of Queens).

I thank the Court for its anticipated consideration.

Respectfully submitted,

PERRY, VAN ETTEN, ROZANSKI
& PRIMAVERA, LLP

BY: _____
JEFFREY K. VAN ETTEN

JVE/mkr

cc: *Via ECF & Regular Mail*
Jaroslawicz & Jaros, LLC
225 Broadway, 24th Floor
New York, NY 10007
Attn: David Jaroslawicz, Esq.

*Via ECF & Regular Mail*
Morris Duffy Alonso & Faley
101 Greenwich Street, 22nd Floor
New York, NY 10006
Attn: Michael B. Titowsky, Jr., Esq.

*Via Regular Mail*
Franklin Gonzalez
1991 Bronxdale Avenue, F9
Bronx, NY 10462

---

Defendant Central Interiors Inc. is advised that any request for an adjournment or extension of time must be made in accordance with Paragraph 1(D) of the Court's Individual Rules & Practices in Civil Cases, which provides that the request must state "(1) the original due date, (2) the number of previous requests for adjournments or extensions of time, (3) whether these previous requests were granted or denied, and (4) whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent." Furthermore, if the requested adjournment or extension affects any other scheduled dates, a proposed Revised Scheduling Order must be included. Defendant Central Interiors Inc. shall resubmit its request in accordance with the Court's Individual Rules.

SO ORDERED.

_____
Hon. Ronnie Abrams
12/3/2019