USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/27/20.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID J. DESOUSA and JOCIANE DESOUSA,

    Plaintiffs,

v.

FRANKLIN GONZALEZ, INTEGRAL CONTRACTING INC., and CENTRAL INTERIORS INC.,

    Defendants.

No. 19-CV-5255 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's conference, Plaintiffs' motion for default judgment against Defendant Franklin Gonzalez is granted. By separate order, the Court will refer this action to Magistrate Judge Cott for settlement discussions. The remaining discovery deadlines set forth in Dkt. 48, and the post-discovery conference scheduled for April 3, 2020, are hereby adjourned *sine die*. Within one week of the settlement conference, the parties shall jointly file a letter updating the Court as to the status of the case and, if settlement discussions were unsuccessful, proposing new discovery deadlines.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 53 and mail a copy of this Order to Defendant Gonzalez.

SO ORDERED.

Dated:    February 27, 2020
           New York, New York

Ronnie Abrams
United States District Judge